| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____   Chapter   **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **EvoHealth, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1891560** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **223 S. West Street** <br> **Suite 900** <br> **Raleigh, NC 27603** <br> Number, Street, City, State & ZIP Code <br><br> **Wake** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **EvoHealth, LLC**
_____
Name

Case number (*if known*) _____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **EvoHealth, LLC**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　　　　　Relationship _____
District _____　When _____　Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　**Why does the property need immediate attention?** (*Check all that apply*.)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

　**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

　**Is the property insured?**
　☐ No
　☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5001-10,000　　　　  ☐ 50,001-100,000
☐ 100-199　　　　 ☐ 10,001-25,000　　　  ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　 ☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**　☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Debtor **EvoHealth, LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **EvoHealth, LLC**  
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2023**  
MM / DD / YYYY

**X /s/ Steven Deaton**  
Signature of authorized representative of debtor

**Steven Deaton**  
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Philip M. Sasser**  
Signature of attorney for debtor

Date **February 13, 2023**  
MM / DD / YYYY

**Philip M. Sasser**  
Printed name

**Sasser Law Firm**  
Firm name

**2000 Regency Parkway**  
**Suite 230**  
**Cary, NC 27518**  
Number, Street, City, State & ZIP Code

Contact phone **919.319.7400**   Email address **travis@sasserbankruptcy.com**

**38479 NC**  
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | EvoHealth, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 981535<br>El Paso, TX 79998-1535 | | Credit card | | | | $39,000.00 |
| Anthony Nevins<br>203 Cameron Woods Drive<br>Apex, NC 27523 | | Pay period: 1/14 - 1/27 | | | | $3,461.00 |
| Bank of America<br>Attn: Managing Agent/ Bankruptcy<br>100 North Tryon Street<br>Charlotte, NC 28255 | | Credit card | | | | $80,000.00 |
| Bank of America<br>Attn: Managing Agent/ Bankruptcy<br>100 North Tryon Street<br>Charlotte, NC 28255 | | Credit card | | | | $59,000.00 |
| BlueVine<br>Attn: Managing Agent/Bankruptcy<br>401 Warren Street<br>Redwood City, CA 94063 | | Loan | | | | $33,614.42 |
| Chad Cochran<br>33 S. Ashlyn Drive<br>Clayton, NC 27527 | | Pay period: 1/14 - 1/27 | | | | $3,769.00 |
| ConnectWise<br>Attn: Managing agent<br>400 N. Tampa St., Suite 130<br>Tampa, FL 33602 | | Account | | | | $25,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **EvoHealth, LLC**                                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intuit Quickbooks Attn: Managing Agent/Bankruptcy 2700 Coast Avenue Mountain View, CA 94043** | | **Loan** | | | | $46,000.00 |
| **Janet Skinner & Associates Attn: Managing agent 220 Turtle Creek Circle Oldsmar, FL 34677** | | **Account** | | | | $6,500.00 |
| **Leyton US Attn: Managing agent 2 Avenue de Lafayette, 6th Floor Boston, MA 02111** | | **Account** | | | | $9,000.00 |
| **Millam Howard Attn: Managing agent Fourteen East Bay Street Jacksonville, FL 32202** | | **Account** | | | | $29,555.00 |
| **Nick Ponder c/o Edward Roach 150 Fayetteville, Suite 2300 Raleigh, NC 27601** | | **Account** | | | | $20,000.00 |
| **Phillip Lafortune 1491 Ravena Street Bethlehem, PA 18015** | | **Pay period: 1/14 - 1/27** | | | | $2,769.00 |
| **Shay McBurney 1902 Sharon Lane Austin, TX 78703** | | **Pay period: 12/17 - 1/27** | | | | $12,500.00 |
| **Shelly Middleton 5412 Piper Glen Drive Charlotte, NC 28277** | | **Period: 12/17 - 1/27** | | | | $17,500.00 |
| **Steven Deaton 12201 Beestone Lane Raleigh, NC 27614** | | **Unpaid wages** | | | | $45,000.00 |

Debtor **EvoHealth, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Technologous**  **Attn: Managing agent**  **4040 Hwy 6 S., Suite 200**  **College Station, TX 77845** | | **Account** | | | | $90,000.00 |
| **U.S. Small Business Administration**  **Attn: Managing Agent**  **6302 Fairview Road, Suite 300**  **Charlotte, NC 28210** | | | | $136,742.00 | $0.00 | $136,742.00 |
| **Voxcell Cloud, LLC dba Lifevoxel**  **Attn: Managing agent**  **263 Tresser Blvd, 9th Floor**  **Stamford, CT** | | **Money owed** | | | | $340,000.00 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **EvoHealth, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 13, 2023**          **/s/ Steven Deaton**  
　　　　　　　　　　　　　　　　　　　**Steven Deaton**/**President**  
　　　　　　　　　　　　　　　　　　　Signer/Title

Date:  **February 13, 2023**          **/s/ Philip M. Sasser**  
　　　　　　　　　　　　　　　　　　　Signature of Attorney  
　　　　　　　　　　　　　　　　　　　**Philip M. Sasser**  
　　　　　　　　　　　　　　　　　　　**Sasser Law Firm**  
　　　　　　　　　　　　　　　　　　　**2000 Regency Parkway**  
　　　　　　　　　　　　　　　　　　　**Suite 230**  
　　　　　　　　　　　　　　　　　　　**Cary, NC 27518**  
　　　　　　　　　　　　　　　　　　　**919.319.7400   Fax: 919.657.7400**

| | | |
|---|---|---|
| American Express<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 981535<br>El Paso, TX 79998-1535 | ConnectWise<br>Attn: Managing agent<br>400 N. Tampa St., Suite 130<br>Tampa, FL 33602 | Leighton Ortho<br>Attn: Managing agent<br>20 Medical Campus Drive<br>Supply, NC 28462 |
| Anthony Nevins<br>203 Cameron Woods Drive<br>Apex, NC 27523 | Dayspring Family Medicine<br>Attn: Managing agent<br>250 W. Kings Highway<br>Eden, NC 27288 | Leyton US<br>Attn: Managing agent<br>2 Avenue de Lafayette, 6th Floor<br>Boston, MA 02111 |
| Bank of America<br>Attn: Managing Agent/ Bankruptcy<br>100 North Tryon Street<br>Charlotte, NC 28255 | Doctor's Care<br>Attn: Managing agent<br>307 E. Meighan Blvd.<br>Gadsden, AL 35903 | Longhorn Imaging<br>Attn: Managing agent<br>4316 James Casey Bld. F, Suite 1<br>Austin, TX 78745 |
| BlueVine<br>Attn: Managing Agent/Bankruptcy<br>401 Warren Street<br>Redwood City, CA 94063 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Meridian Medical Services<br>Attn: Managing agent<br>3266 N. Meridian St. Suite 501<br>Indianapolis, IN 46208 |
| Boyette Ortho<br>Attn: Managing agent<br>2573 Statonsburg Road<br>Greenville, NC 27834 | Intuit Quickbooks<br>Attn: Managing Agent/Bankruptcy<br>2700 Coast Avenue<br>Mountain View, CA 94043 | Millam Howard<br>Attn: Managing agent<br>Fourteen East Bay Street<br>Jacksonville, FL 32202 |
| Cape Fear Orthopaedic Clinic<br>Attn: Managing agent<br>4140 Ferncreek Drive Ste 801<br>Fayetteville, NC 28314 | IvyCreek Healthcare<br>Attn: Managing agent<br>500 Hospital Drive<br>Wetumpka, AL 36092 | Monument 9A Imaging<br>Attn: Managing agent<br>1201 Monument Rd. Suite 101<br>Jacksonville, FL 32225 |
| Caring Medical<br>Attn: Managing agent<br>9738 Commerce Center Court<br>Fort Myers, FL 33908 | Janet Skinner & Associates<br>Attn: Managing agent<br>220 Turtle Creek Circle<br>Oldsmar, FL 34677 | MXR Imaging<br>Attn: Managing agent<br>8020 Tyler Blvd.<br>Mentor, OH 44060 |
| Chad Cochran<br>33 S. Ashlyn Drive<br>Clayton, NC 27527 | Joseph P. Sargent<br>1595 Black Rock Turnpike<br>Fairfield, CT 06824 | NC Department of Revenue<br>Office Serv. Div., Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh., NC 27602-1168 |
| Colonial Family Practice<br>Attn: Managing agent<br>4700 Forest Drive, Suite 101<br>Columbia, SC 29206 | Kidney Hypertension Transplant<br>Attn: Managing agent<br>915 S. Laredo St., Suite 200<br>San Antonio, TX 78204 | Nick Ponder<br>c/o Edward Roach<br>150 Fayetteville, Suite 2300<br>Raleigh, NC 27601 |

ODC
Attn: Managing agent
3405 College Street
Beaumont, TX 77701

Shelly Middleton
5412 Piper Glen Drive
Charlotte, NC 28277

Ortho Sports Medicine of Fairbanks
Attn: Managing agent
2310 Peger Road, Suite 105
Fairbanks, AK 99709

Southwest X-Ray
Attn: Managing Agent
11419 Mathis Avenue, Suite 208
Dallas, TX 75234

Owens Community
Attn: Managing agent
30335 Oregon Road
Perrysburg, OH 43551

Steven Deaton
12201 Beestone Lane
Raleigh, NC 27614

Ozark Regional Vein Center
Attn: Managing agent
5433 W. Walsh Lane
Rogers, AR 72758

Surgery Center of Fairbanks
Attn: Managing agent
2310 Peger Road
Fairbanks, AK 99709

Perimeter Ortho
Attn: Managing agent
4673 Peachtree Dunwoody Rd, Ste 825
Atlanta, GA 30342

Technologous
Attn: Managing agent
4040 Hwy 6 S., Suite 200
College Station, TX 77845

Phillip Lafortune
1491 Ravena Street
Bethlehem, PA 18015

Tyler Internal Medicine
Attn: Managing agent
1920 Rosedale Tyler
Tyler, TX 75701

Providence Imaging
Attn: Managing agent
2315 Asheville Highway, Suite 40
Hendersonville, NC 28791

U.S. Small Business Administration
Attn: Managing Agent
6302 Fairview Road, Suite 300
Charlotte, NC 28210

SEC Office of Reorganization
950 East Paces Ferry Road N.E.
Suite 900
Atlanta, GA 30326-1382

Voxcell Cloud, LLC dba Lifevoxel
Attn: Managing agent
263 Tresser Blvd, 9th Floor
Stamford, CT

Shay McBurney
1902 Sharon Lane
Austin, TX 78703

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **EvoHealth, LLC**                                              Case No.
                            Debtor(s)                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EvoHealth, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2023**                                    **/s/ Philip M. Sasser**
Date                                                      **Philip M. Sasser**
                                                          Signature of Attorney or Litigant
                                                          Counsel for  **EvoHealth, LLC**
                                                          **Sasser Law Firm**
                                                          **2000 Regency Parkway**
                                                          **Suite 230**
                                                          **Cary, NC 27518**
                                                          **919.319.7400 Fax:919.657.7400**
                                                          **travis@sasserbankruptcy.com**

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re **EvoHealth, LLC**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Steven Deaton**, declare under penalty of perjury that I am the **sole member-manager** of **EvoHealth, LLC**, and that the following is a true and correct copy of the resolutions adopted by the members of said limited liability corporation at a special meeting duly called and held on the **10th** day of **February** 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Steven Deaton, sole member-manager of this LLC**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Steven Deaton, sole member-manager** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Steven Deaton, sole member-manager** this LLC is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date **February 10, 2023**

Signed /s/ Steven Deaton
**Steven Deaton**

Resolution of Members
of
**EvoHealth, LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Steven Deaton, sole member-manager** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Steven Deaton, sole member-manager o**f this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Steven Deaton**, sole member-manager this LLC is authorized and directed to employ **Philip M. Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the LLC in such bankruptcy case.

Date  **February 10, 2023**            Signed  **/s/ Steven Deaton**