# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:

EVOHEALTH, LLC,    CASE NO. 23-00396-5-JNC
                   CHAPTER 11

    DEBTOR

## MOTION TO DISMISS

NOW COMES ("Debtor"), by and through its undersigned counsel, and respectfully moves this court to enter an order dismissing this case. In support of this Motion, Debtor shows unto this Court the following:

1. The debtor filed a petition for relief under chapter 11 of the Bankruptcy Code on February 13, 2023.

2. This court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334, 11 U.S.C. 363(c)(2) and Fed. R. Bankr. P. 4001(b).

3. This case was filed with the intent to reorganize, in part by rejecting roughly twenty-five medical provider service contracts that involved the licensing of software owned and developed by Life Voxel and to assume roughly three hundred medical provider service contracts that involved the licensing of other software.

4. Since the filing of the case, the Debtor's dispute with creditor Voxcell Cloud, LLC dba LifeVoxel ("LifeVoxel") has metastasized beyond what the Debtor believes to have been the four corners of the pending pre-petition litigation and has, due to prospective litigation costs in this court, effectively rendered the Debtor's prospects of reorganization dead-on-arrival.

5. The Debtor no longer believes that a rehabilitation of its business will be possible, even with the assistance of this chapter 11 case.

6. While the Debtor intends to dissolve under North Carolina state law following, it does not believe that a conversion to chapter 7 is appropriate because it has acted in good faith throughout the case and is not seeking to dismiss the case for any wrongful purpose. The Debtor has remained current on all post-petition tax obligations.

7. Furthermore, because the Debtor is a service-based business with few tangible assets, there would be no benefit to the unsecured creditors by liquidating assets in a chapter 7 case.

8. Lastly, because the Debtor's business involves the handling and storage of sensitive patient health information, it is unlikely that a chapter 7 trustee would welcome the additional responsibility and risk of managing and preserving these records himself.

WHEREFORE, Debtor prays that the present case be dismissed and that it have such other and further relief as the court may deem just and appropriate.

Dated: March 13, 2023                               /s/ Philip Sasser
                                                    Philip Sasser
                                                    Attorney for Debtor
                                                    State Bar No. 26707
                                                    2000 Regency Parkway
                                                    Suite 230
                                                    Cary, NC 27518
                                                    Tel: 919.319.7400
                                                    travis@sasserbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

**EVOHEALTH, LLC,**                        **CASE NO. 23-00396-5-JNC**
                                                    **CHAPTER 11**

     **DEBTOR**

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that a Motion to Dismiss has been filed by the Debtor. A copy of the Motion accompanies this notice

TAKE NOTICE FURTHER that that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have twenty-one (21) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned.

TAKE NOTICE FURTHER that a hearing on the matter has been set for April 12, 2023 at 11:00 a.m. at the United States Bankruptcy Court, 2nd Floor Courtroom, at 150 Reade Circle, Greenville NC.

Dated: March 13, 2023

                                                                /s/ Travis Sasser
                                                                 Travis Sasser
                                                                 Attorney for Debtor
                                                                 State Bar No. 26707
                                                                 2000 Regency Parkway
                                                                 Suite 230
                                                                 Cary, NC 27518
                                                                 Tel: 919.319.7400
                                                                 Fax: 919.657.7400
                                                                 tsasser@carybankruptcy.com

## CERTIFICATE OF SERVICE

The foregoing Motion to Dismiss to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

Bankruptcy Administrator
***Served Electronically***

*ALL CREDITORS ON THE ATTACHED MAILING MATRIX*

Dated: March 13, 2023

/s/Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway
Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400

```
Label Matrix for local noticing          (p)BANKRUPTCY ADMINISTRATOR EDNC         EvoHealth, LLC
0417-5                                   434 FAYETTEVILLE STREET                  223 S. West Street
Case 23-00396-5-JNC                      SUITE 640                                Suite 900
Eastern District of North Carolina       RALEIGH NC 27601-1888                    Raleigh, NC 27603-4093
Raleigh
Mon Mar 13 14:08:15 EDT 2023

VoXcell Cloud, LLC                       U. S. Bankruptcy Court                   American Express
263 Tresser Boulevard                    300 Fayetteville Street, 4th Floor       Attn: Managing Agent/Bankruptcy
9th floor                                P.O. Box 791                             Post Office Box 981535
Stamford, CT 06901-3236                  Raleigh, NC 27602-0791                   El Paso, TX 79998-1535


American Express National Bank           Anthony Nevins                           Bank of America
c/o Becket and Lee LLP                   203 Cameron Woods Drive                  Attn: Managing Agent/ Bankruptcy
PO Box 3001                              Apex, NC 27523-3730                      100 North Tryon Street
Malvern  PA 19355-0701                                                            Charlotte, NC 28255-0001


(p)BLUEVINE ANDY SHAW                    Boyette Ortho                            Cape Fear Orthopaedic Clinic
ATTN BLUEVINE/ANDY SHAW                  Attn: Managing agent                     Attn: Managing agent
401 WARREN ST SUITE 300                  2573 Statonsburg Road                    4140 Ferncreek Drive Ste 801
REDWOOD CITY CA 94063-1578               Greenville, NC 27834-7213                Fayetteville, NC 28314-2572


Caring Medical                           Chad Cochran                             Colonial Family Practice
Attn: Managing agent                     33 S. Ashlyn Drive                       Attn: Managing agent
9738 Commerce Center Court               Clayton, NC 27527-5081                   4700 Forest Drive, Suite 101
Fort Myers, FL 33908-3670                                                         Columbia, SC 29206-3119


ConnectWise                              Dayspring Family Medicine                Doctor's Care
Attn: Managing agent                     Attn: Managing agent                     Attn: Managing agent
400 N. Tampa St., Suite 130              250 W. Kings Highway                     307 E. Meighan Blvd.
Tampa, FL 33602-4717                     Eden, NC 27288-5010                      Gadsden, AL 35903-1048


Internal Revenue Service                 Internal Revenue Service                 (p)INTUIT INC C O CORPORATION SERVICE COMPANY
Centralized Insolvency Operations        P. O. Box 7346                           251 LITTLE FALLS DRIVE
P. O. Box 7346                           Philadelphia, PA 19101-7346              WILMINGTON DE 19808-1674
Philadelphia, PA 19101-7346


IvyCreek Healthcare                      Janet Skinner & Associates               Joseph P. Sargent
Attn: Managing agent                     Attn: Managing agent                     1595 Black Rock Turnpike
500 Hospital Drive                       220 Turtle Creek Circle                  Fairfield, CT 06825-4102
Wetumpka, AL 36092-1625                  Oldsmar, FL 34677-1916


Kidney Hypertension Transplant           Leighton Ortho                           Leyton US
Attn: Managing agent                     Attn: Managing agent                     Attn: Managing agent
915 S. Laredo St., Suite 200             20 Medical Campus Drive                  2 Avenue de Lafayette, 6th Floor
San Antonio, TX 78204-3211               Supply, NC 28462-4096                    Boston, MA 02111-1888


Longhorn Imaging                         MXR Imaging                              Meridian Medical Services
Attn: Managing agent                     Attn: Managing agent                     Attn: Managing agent
4316 James Casey Bld. F, Suite 110       8020 Tyler Blvd.                         3266 N. Meridian St. Suite 501
Austin, TX 78745                         Mentor, OH 44060-4825                    Indianapolis, IN 46208-5857
```

Millam Howard
Attn: Managing agent
Fourteen East Bay Street
Jacksonville, FL 32202-3413

Monument 9A Imaging
Attn: Managing agent
1201 Monument Rd. Suite 101
Jacksonville, FL 32225-6445

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

Nick Ponder
c/o Edward Roach
150 Fayetteville, Suite 2300
Raleigh, NC 27601-2958

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

ODC
Attn: Managing agent
3405 College Street
Beaumont, TX 77701-4613

Ortho Sports Medicine of Fairbanks
Attn: Managing agent
2310 Peger Road, Suite 105
Fairbanks, AK 99709-5305

Owens Community
Attn: Managing agent
30335 Oregon Road
Perrysburg, OH 43551-4593

Ozark Regional Vein Center
Attn: Managing agent
5433 W. Walsh Lane
Rogers, AR 72758-8946

Perimeter Ortho
Attn: Managing agent
4673 Peachtree Dunwoody Rd, Ste 825
Atlanta, GA 30342

Phillip Lafortune
1491 Ravena Street
Bethlehem, PA 18015-9425

Providence Imaging
Attn: Managing agent
2315 Asheville Highway, Suite 40
Hendersonville, NC 28791-1561

SEC Office of Reorganization
950 East Paces Ferry Road N.E.
Suite 900
Atlanta, GA 30326-1382

Shay McBurney
1902 Sharon Lane
Austin, TX 78703-3032

Shelly Middleton
5412 Piper Glen Drive
Charlotte, NC 28277-1327

Southwest X-Ray
Attn: Managing Agent
11419 Mathis Avenue, Suite 208
Dallas, TX 75234-9423

Steven Deaton
12201 Beestone Lane
Raleigh, NC 27614-8025

Surgery Center of Fairbanks
Attn: Managing agent
2310 Peger Road
Fairbanks, AK 99709-5305

Technologous
Attn: Managing agent
4040 Hwy 6 S., Suite 200
College Station, TX 77845-8962

Tyler Internal Medicine
Attn: Managing agent
1920 Rosedale Tyler
Tyler, TX 75701

U.S. Small Business Administration
Attn: Managing Agent
6302 Fairview Road, Suite 300
Charlotte, NC 28210-2234

United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-2959

Voxcell Cloud, LLC dba Lifevoxel
Attn: Managing agent
263 Tresser Blvd, 9th Floor
Stamford, CT 06901-3236

John G Rhyne
John G. Rhyne, Attorney at Law
PO Box 8327
Wilson, NC 27893-1327

Philip Sasser
Sasser Law Firm
2000 Regency Parkway
Suite 230
Cary, NC 27518-8508

Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518-8508